IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

EARL LEWIS ANDERSON, JR.     PLAINTIFF

VERSUS     CIVIL ACTION NO. 2:05cv1-MTP
APPEAL NO. 06-61058

RON KING, et al.     DEFENDANTS

### ORDER DENYING TRANSCRIPT AT GOVERNMENT EXPENSE

THIS MATTER is before the court on the plaintiff's motion for a transcript at government expense [136], and the court having considered the motion finds that it should be denied. In its order denying the plaintiff's motion to leave to appeal *in forma pauperis*, this court found that Plaintiff's appeal is frivolous. No substantial questions are presented in this appeal. Accordingly, it is not appropriate to saddle the government with this additional cost. *See, Norton v Dimazana*, 133 F.3d 286 (5th Cir. 1997); 28 U.S.C. § 753(f).

IT IS, THEREFORE, ORDERED that plaintiff motion for a transcript at government expense be, and hereby is, denied.

SO ORDERED this the 16th day of January, 2007.

s/ Michael T. Parker
United States Magistrate Judge